**United States District Court**
**For the Northern District of California**

1

2

3

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5

6

7

8

9

| | |
|---|---|
| CLARISSA C. CORTEZ, | No. C 11-1019 CW |
| Plaintiff, | ORDER ON BRIEFING REGARDING |
| v. | DEFENDANT SAXON MORTGAGE |
| NEW CENTURY MORTGAGE CORPORATION, et al., | SERVICES, INC.'S MOTION TO DISMISS |
| Defendants. | |
| _____/ | |

10

11

12

13

14

    On March 11, 2011, Defendant Saxon Mortgage Services, Inc.,
moved to dismiss <u>pro se</u> Plaintiff Clarissa C. Cortez's complaint.
The hearing on the motion was set for April 28, 2011.  Plaintiff
failed to file an opposition, which was due April 7, 2011.

15

16

17

18

19

20

    Accordingly, Plaintiff shall respond to Saxon's motion by
April 18, 2011, or her claims against Saxon will be dismissed for
failure to prosecute.  If an opposition is filed, Saxon's reply
shall be due on April 25, 2011.  Saxon's motion will be taken under
submission on the papers.  The Court VACATES the hearing set for
April 28, 2011.

21

    IT IS SO ORDERED.

22

23

Dated: 4/11/2011

24

CLAUDIA WILKEN
United States District Judge

25

26

27

28

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CLARISSA C. CORTEZ,

        Plaintiff,

   v.

NEW CENTURY MORTGAGE CORP et al,

        Defendant.

_____/

Case Number: CV11-01019 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 11, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Clarrisa C. Cortez
2609 Covelite Way
Antioch,  CA 94531

Dated: April 11, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

United States District Court
For the Northern District of California

2