IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
CLARISSA CORTEZ,                        No. C 11-1019 CW

        Plaintiff,                      ORDER DISMISSING
                                        CLAIMS AGAINST
   v.                                   PACIFIC MORTGAGE
                                        CONSULTANTS
NEW CENTURY MORTGAGE CORPORATION,
et al.,

        Defendants.
_____/
```

On February 3, 2012, this Court issued an order granting Defendant Pacific Mortgage Consultants' (Pacific) motion to dismiss. Some claims were dismissed with leave to amend. Plaintiff Clarissa Cortez was granted leave to file an amended complaint within two weeks from the date of the order. The Court explained that, if Plaintiff did not file an amended complaint within two weeks, her claims against Pacific would be dismissed for failure to prosecute. More than two weeks have passed and Plaintiff has not filed an amended complaint. Therefore, her claims against Pacific are dismissed.

The Court notes that Plaintiff has one claim against Saxon remaining in this case, for a violation of California Civil Code section 2923.5. The Court sets a case management conference, on Wednesday, March 14, 2012 at 2:00 pm in Courtroom 2, to discuss

how the parties will proceed on this claim. If Plaintiff fails to attend the case management conference, her claim against Saxon will be dismissed for failure to prosecute and the case will be closed.

IT IS SO ORDERED.

Dated: 2/24/2012

CLAUDIA WILKEN
United States District Judge