IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLARISSA C. CORTEZ,                    No. C 11-01019 CW

    Plaintiff,                     ORDER OF DISMISSAL

v.

NEW CENTURY MORTGAGE CORP,

    Defendant.
_____/

    On February 24, 2012, this Court issued an order advising Plaintiff that if she failed to appear at the case management conference on March 14, 2012, her case will be dismissed. (Docket No. 36).  Due to Plaintiff's failure to appear at the case management conference, this action is dismissed without prejudice for failure to prosecute.

Dated: 3/15/2012

_____
CLAUDIA WILKEN
United States District Judge